#### 4214.   ALLIGOOD *v.* DANIEL & KING.

RUSSELL, J.   1. A promise to execute and deliver a policy of life insurance if, after a medical examination, the maker of a note, given for the insurance premium, proves to be an insurable risk, is not an absolute promise to execute and deliver a policy, and will not authorize the original payee to recover on the note, where no offer to deliver the policy has been made; and this is true though the maker of the note refused to submit to a medical examination, and, in consequence, his application for insurance was never accepted.

2. The evidence demanded a finding in favor of the defendant, and it was error to render a judgment for the plaintiff.   *Judgment reversed.*

DECIDED FEBRUARY 4, 1913.

Complaint; from city court of Dublin—Judge Hicks.   April 12, 1912.

*S. P. New,* for plaintiff in error.   *R. D. Flynt,* contra.